Andre Jason Watts
Plaintiff, pro se

September 16, 2025

VIA ECF
Hon. Robert Kirsch, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: Watts v. CBRE Group, Inc., et al.
Civil Action No. 3:25-cv-04483-RK-JTQ
Request for Leave to Submit Limited Evidentiary Notice of Public Statement (Authentication Only)

Introduction
With full appreciation for the Court's time and in deference to the Court's instruction that filings should be limited absent necessity, Plaintiff respectfully submits this request for leave to file a short (≤3 pages), authentication-only notice. The notice would preserve a contemporaneous public LinkedIn statement by a former CBRE/BeOne colleague, observed on September 16, 2025, at approximately 5:42 PM Eastern, which is probative of pleaded themes including workplace strain, toxic culture, and resulting harm.

Scope and Judicial Discipline
The proposed notice would be ministerial and evidentiary only, designed to ensure record integrity without enlarging the issues before the Court.
Specifically, the notice would attach:

• Exhibit A: Screenshot/PDF of the public statement;
• Exhibit B: Technical SHA-256 hash certificate authenticating the captured file (2e76b10210687a595444a86cd197706149ed1244597f91a4dc57f1511bbfc9c9);
• Exhibit C: Plaintiff's one-page declaration under FRE 901 and 902(13)–(14) verifying time, method of capture, and chain of custody.

The submission would advance no argument, create no reply burden, and remain strictly limited to authentication and preservation.

Good Cause and Relevance
The statement is:
1. Independent and voluntary — made by a third party, not at Plaintiff's request;
2. Contemporaneous — observed during active proceedings;
3. Probative of pattern and context — reinforcing pleaded themes of burnout, harmful workplace culture, and employee impact;
4. Vulnerable to loss — as public social-media content, subject to deletion or alteration.

For these reasons, preservation is warranted in the interest of completeness, to prevent inadvertent waiver, and to promote judicial economy by reducing the risk of future disputes over authenticity.

No Prejudice to Defendants
This submission would:
• Not expand the pleadings;
• Not alter the issues framed for adjudication;
• Not seek discovery or impose burdens on Defendants.

If the Court prefers, Plaintiff is prepared to hold this material off-docket and incorporate it at the next permitted juncture (e.g., disclosures or amended pleadings). This request is made solely to respect the Court's directive while ensuring the record remains accurate and complete.

Conclusion
For the foregoing reasons, Plaintiff respectfully requests leave to submit the limited evidentiary notice described above. The notice is ministerial in scope, evidentiary in purpose, and consistent with judicial economy and record integrity.

Respectfully submitted,

/s/ Andre Jason Watts
Andre Jason Watts
Plaintiff, pro se