UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-14861 (MBK)<br>(Jointly Administered) |
| CVS PHARMACY, INC.,<br>　　　　　　　　　　　Appellant,<br>　　　v.<br>NEW RITE AID, LLC,<br>　　　　　　　　　　　Appellee. | Case No. 25-cv-14757<br><br>Judge Robert Kirsch |

**STIPULATION TO DISMISS APPEAL**
**PURSUANT TO FEDERAL BANKRUPTCY RULE 8023**

　　Pursuant to Federal Rule of Bankruptcy Procedure 8023, all parties hereby stipulate and agree to the dismissal of the above-captioned appeal. It is further stipulated and agreed that each side shall bear its own costs and fees.

DATED: October 16, 2025

| | |
|---|---|
| **FOLEY & LARDNER LLP** | **COLE SCHOTZ P.C.** |
| */s/ Anne B. Sekel*<br>Anne B. Sekel, Esq.<br>**FOLEY & LARDNER LLP**<br>90 Park Avenue<br>New York, NY 10016-1314<br>Tel:　(212) 682-7474<br>Fax:　(212) 687-2329<br>E-mail: ASekel@foley.com<br><br>-and-<br><br>Geoffrey S. Goodman, Esq.(admitted *pro hac* | */s/ Michael D. Sirota*<br>Michael D. Sirota<br>**COLE SCHOTZ P.C.**<br>25 Main Street<br>PO Box 800<br>Hackensack, NJ 07602-0800<br>Tel: (201) 489-3000<br>Fax: (201) 489-1536<br>Email: msirota@coleschotz.com |

*vice*)
Jonathan W. Garlough, Esq. (admitted *pro hac vice*)
**FOLEY & LARDNER LLP**
321 N. Clark Street, Suite 3000
Chicago, Illinois 60654-4762
Tel: (312) 832-4500
Fax: (312) 832-4700
Email: ggoodman@foley.com
       jgarlough@foley.com

*Counsel for CVS Pharmacy, Inc.*